IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH Z. MORKOS, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No.: 4:18-cv-2037 |
| DNV GL USA, INC., | § § § | |
| *Defendant.* | § | |

## **VERDICT FORM**

## QUESTION 1

Did Plaintiff prove he had a disability at the time Defendant decided not to hire him as Regional Finance Manager in the Digital Solutions Business Area and subsequently terminate him?

Answer "Yes" or "No"

__NO__

If you answered "yes" to Question 1, proceed to Question 2. If you answered "no" to Question 1, proceed to Question 5.

## QUESTION 2

Did Plaintiff prove he was qualified for the position of Regional Finance Manager in the Digital Solutions Business Area?

Answer "Yes" or "No"

_____

If you answered "yes" to Question 2, proceed to Question 3. If you answered "no" to Question 2, proceed to Question 5.

## QUESTION 3

Did Plaintiff prove Defendant decided not to hire him as Regional Finance Manager in the Digital Solutions Business Area and subsequently terminate his employment because of Plaintiff's disability?

Answer "Yes" or "No"

_____

If you answered "yes" to Question 3, proceed to Question 4. If you answered "no" to Question 3, proceed to Question 5.

## QUESTION 4

Did Defendant prove that it would have decided not to hire Plaintiff as Regional Finance Manager in the Digital Solutions Business Area and subsequently terminate his employment even if it had not considered his disability?

Answer "Yes" or "No"

_____

If you answered "yes" to Question 4, proceed to Question 5. If you answered "no" to Question 4, proceed to Question 5.

3

## QUESTION 5

Did Plaintiff prove that Defendant regarded him as having a mental health impairment?

Answer "Yes" or "No"


Yes

If you answered "yes" to Question 5, proceed to Question 6. If you answered "no" to Question 5, proceed to the Jury Certificate.

## QUESTION 6

Did Plaintiff prove he could perform the essential functions of Regional Finance Manager in the Digital Business Solutions Area?

Answer "Yes" or "No"


No

If you answered "yes" to Question 6, proceed to Question 7. If you answered "no" to Question 6, proceed to the Jury Certificate.

4

## QUESTION 7

Did Plaintiff prove Defendant decided not to hire him as Regional Finance Manager in the Digital Solutions Business Area and subsequently terminate his employment because it regarded him as having a mental health impairment?

Answer "Yes" or "No"

_____

If you answered "yes" to Question 7, proceed to Question 8.  If you answered "no" to Question 7, proceed to the Jury Certificate.

## QUESTION 8

Did Defendant prove that it would have decided not to hire Plaintiff as Regional Finance Manager in the Digital Solutions Business Area and subsequently terminate his employment even if it had not regarded Plaintiff as having a mental health impairment?

Answer "Yes" or "No"

_____

If you answered "yes" to Question 8, proceed to the Jury Certificate.  If you answered "no" to Question 8, proceed to Question 9.

## QUESTION 9

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff?

Answer in dollars and cents for the following items and none other:

1. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

    $ _____

2. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

    $ _____

3. Wages and benefits from February 2, 2018 to date of trial.

    $ _____

## JURY CERTIFICATE

The foregoing is the unanimous verdict of the jury.

Date: 4/27/2022

[signature redacted]
Presiding Juror