United States District Court
Southern District of Texas
**ENTERED**
May 11, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH Z. MORKOS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No.: 4:18-cv-2037 |
| | § | |
| DNV GL USA, INC., | § | |
| | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

Pursuant to the Jury Verdict returned and entered in this case on April 27, 2022, it is hereby ORDERED that Plaintiff Joseph Z. Morkos shall take nothing on his claims against Defendant DNV GL USA, Inc.

This is a Final Judgment.

Signed on May 11, 2022, at Houston, Texas.

_____
Christina A. Bryan
United States Magistrate Judge